

# FILED

MAY 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW W. SHALABY; SONIA DUNN-RUIZ, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> NEWELL RUBBERMAID, INC.; THE HOME DEPOT, INC.; IRWIN INDUSTRIAL TOOL COMPANY, INC.; BERNZOMATIC, <br><br> Defendants-cross-claimants - Appellees, <br><br> and <br><br> WESTERN INDUSTRIES, INC.; WORTHINGTON INDUSTRIES, <br><br> Cross-defendants - Appellees, | No. 09-56331 <br><br> D.C. No. 3:07-cv-02107-MMA-BLM <br><br> ORDER |

Appeal from the United States District Court
for the Southern District of California
Michael M. Anello, District Judge, Presiding

Argued and Submitted April 7, 2010

Pasadena, California

Before: FRIEDMAN,[*] D.W. NELSON, and REINHARDT, Circuit Judges.

This memorandum disposition, filed on May 17, 2010, is amended as follows:

(1) The citation found on page 3, lines 8–9, should instead read as follows:

*Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 589, 592–93 (1993).

(2) The citation found on page 5, line 3, should instead read as follows:

*Stephen*, 134 Cal. App. 4th at 1373.

---

[*] The Honorable Daniel M. Friedman, United States Circuit Judge for the Federal Circuit, sitting by designation.